**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

Matt Pierce,

Plaintiff,

v.

Steven T. Rosso, P.A. Law Firm and Steven T. Rosso, Esq., individually,

Defendants.

**Court File No. 01 CV 966 RHK/SRN**

**STIPULATION FOR DISMISSAL WITH PREJUDICE AND ORDER**

---

WHEREAS, the above-captioned action was commenced by Plaintiffs in May, 2001; and

WHEREAS, Defendant interposed an Answer in the action; and

WHEREAS, the parties have reached an agreement for settlement of the action.

NOW, THEREFORE, Plaintiffs and Defendant, by and through their respective counsel, hereby stipulate and agree that the action may be, and hereby is, dismissed with prejudice and on the merits. The District Court Administrator may enter this Stipulation for Dismissal With Prejudice in the records of the Court without costs or disbursements to any party.

Date: October 5, 2001

**BRUTLAG, HARTMANN & OKONESKI, P.A.**

By: ______________________

Michael L. Brutlag (123225)
Attorney for Defendants
1100 Pillsbury Center, 200 South 6th Street
Minneapolis, MN 55402
Telephone: (612) 630-3203

FILED OCT 17 2001
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD______
DEPUTY CLERK______

Dated: October 3, 2001

**THE BARRY LAW OFFICE, LTD.**

By: ______________________________

Peter F. Barry (0266577)
Attorney for Plaintiff
342 East County Road D
St. Paul, MN 55117
Telephone: (651) 714-8800

1929-25.STP

**ORDER**

Based upon the foregoing Stipulation of counsel, IT IS HEREBY ORDERED that the claims and defenses in the above-captioned action are hereby dismissed with prejudice, and without an award of costs or disbursements to any party.

Dated: October 17, 2001

**BY THE COURT:**

~~Susan Richard Nelson~~
~~Magistrate~~ Judge